PAUL GOVANG ET AL. *v.* MICHAEL ESPOSITO ET AL.
(AC 30428)

Bishop, DiPentima and Gruendel, Js.

Argued May 28—officially released June 16, 2009

Per Curiam. The judgment is affirmed.

ARGENT MORTGAGE COMPANY, LLC *v.* RICHARD
CZARASTY, JR.
(AC 29606)

Gruendel, Beach and Peters, Js.

Submitted on briefs June 3—officially released June 16, 2009

Per Curiam. The judgment is affirmed.

LISA D. EGAN *v.* PAUL B. EGAN
(AC 30333)

Flynn, C. J., and Alvord and Hennessy, Js.

Argued June 2—officially released June 16, 2009

Per Curiam. The judgment is affirmed.